# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AVUE TECHNOLOGIES CORP., | ) | |
| | ) | |
| **Petitioner / Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | Case No. _____ |
| | ) | |
| DCI GROUP, L.L.C., | ) | |
| | ) | |
| **Respondent / Defendant.** | ) | |

## DECLARATION OF HOWARD SCKOLNIK

The declarant, Howard Sckolnik, states as follows:

1.      My name is Howard Sckolnik.  I have personal knowledge of all statements contained herein.

2.      I am the Chief Financial Office of DCI Group, L.L.C. ("DCI").  I have held this position since May 5, 2003.

3.      In my capacity as Chief Financial Officer of DCI, I have access to DCI's financial records, including records of payments due and payments received from individuals and entities to whom DCI provides services.

4.      I am familiar with the allegations made by the petitioner, Avue Technologies Corporation ("Avue"), in support of the pending Motion to Stay Arbitration Proceedings ("the Avue Motion").  Thus, I am aware of Avue's assertion that disputes concerning Avue's sponsorship of Tech Central Station ("TCS") are not subject to the arbitration provision in the Consulting Agreement between Avue and DCI.

5.      I am also familiar with the claims made by both DCI and Avue in the pending arbitration proceedings to which the Avue Motion refers, including Avue's

counterclaim for $150,000 in payments that it alleges it has made to DCI in connection with its TCS sponsorship.

     6.     I have reviewed DCI's records regarding services provided to Avue, invoices submitted to Avue for those services, and payments received to date from Avue for those services. From this review, I have determined that, of the $565,000 that Avue owes to DCI for services that it has provided, $40,000 relates to Avue's TCS sponsorship.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Signature

Executed on February 24, 2006.

2