CO-386-online
10/03

# United States District Court
# For the District of Columbia

Avue Technologies Corp.  )
)
)
)
vs     Plaintiff  )   Civil Action No._____
)
DCI Group LLC  )
)
)
Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __DCI Group LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DCI Group LLC_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__394061_____
BAR IDENTIFICATION NO.

Robert L. Gulley
Print Name

__1300 Eye Street, NW, Suite 1050__
Address

__Washington, DC 20005_____
City          State          Zip Code

__(202) 962-0210_____
Phone Number