IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. _____ |
| DCI GROUP, L.L.C., | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Robert L. Gulley, a member in good standing of the bar of this Court, and pursuant to LCvR 83.2(d), respectfully moves the Court for leave for Richard N. Bien to appear *pro hac vice* as counsel for defendant DCI Group, L.L.C. in this matter. The accompanying declaration of Richard N. Bien is filed in support of this Motion.

LATHROP & GAGE, L.C.

By: _____
Robert L. Gulley, D.C. #394061
Franklin Square, Suite 1050 East
1300 Eye Street, NW
Washington, DC 20005
Telephone: (202) 962-0032
Telecopier: (202) 962-0357
rgulley@lathropgage.com

ATTORNEY FOR DEFENDANT
DCI GROUP, L.L.C.

CC 1568729v1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of February, 2006, a true and correct copy of the foregoing, Motion for Admission *Pro Hac Vice*, was served via first-class U.S. Mail, postage prepaid, to the following attorneys of record in this case:

Andrew H. Marks  
Crowell & Moring LLP  
1001 Pennsylvania Avenue, NW  
Washington, DC 20004  
**Attorney for Plaintiff**

                                                     */s/*
                                    _____

CC 1568729v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORPORATION,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | |
| ) Case No. _____ | |
| DCI GROUP, L.L.C.,     ) | |
| ) | |
| Defendant.     ) | |

### DECLARATION IN SUPPORT OF
### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:   Richard Nelson Bien.

2. I practice under the following firm name and/or letterhead:

   Lathrop & Gage L.C.
   2345 Grand Boulevard, Suite 2500
   Kansas City, Missouri 64108
   Telephone: (816) 292-2000
   Telecopier: (816) 292-2001
   Email: rbien@lathropgage.com

2. I have been admitted to practice in the following courts: State of Missouri (1983) (Bar No. 31398); U.S. District Court for the Western District of Missouri (September 24, 1983); U.S. District Court for the District of Kansas (March 2, 1998) (Bar No. 70101); U.S. District Court for the District of Colorado (August 26, 2002); the Eighth Circuit Court of Appeals (1994); and the Tenth Circuit Court of Appeals (June 18, 1992).

CC 1569804v1

3. I am in good standing in all bars of which I am a member.

4. No disciplinary or grievance proceedings have been previously filed against me.

5. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

6. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

7. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two (2) years.

8. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

I affirm under penalties of perjury in accordance with 28 U.S.C. § 1746 that the foregoing representations are true and correct.

*[signature]*
Richard N. Bien

CC 1569804v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>DCI GROUP, L.L.C.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>) |

## ORDER

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of Richard N. Bien, it is this ____ day of _____, 2006, hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that Richard N. Bien is permitted to represent Defendant DCI Group, L.L.C. and to participate in any proceedings in the above-captioned matter; and it is further.

**SO ORDERED.**

                     _____
                     United States District Judge

CC 1568734v1