IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) CV-06-0327 (JDB) | |
| DCI GROUP, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Robert L. Gulley, a member in good standing of the bar of this Court, and pursuant to LCvR 83.2(d), respectfully moves the Court for leave for Jill Holtzman Vogel to appear *pro hac vice* as counsel for defendant DCI Group, L.L.C. in this matter. The accompanying declaration of Jill Holtzman Vogel is filed in support of this Motion.

LATHROP & GAGE.L.C.

By: _____/s/_____
Robert L. Gulley, D.C. #394061
Franklin Square, Suite 1050 East
1300 Eye Street, NW
Washington, DC 20005
Telephone: (202) 962-0032
Telecopier: (202) 962-0357
rgulley@lathropgage.com

ATTORNEYS FOR DEFENDANT
DCI GROUP, L.L.C.

CC 1569829v1