IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVUE TECHNOLOGIES CORPORATION, )
)
Plaintiff, )
)
v. )
) Case No. 06-CV-0327(JDB)
DCI GROUP, L.L.C., )
)
Defendant. )

**DECLARATION IN SUPPORT OF
MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Jill Holtzman Vogel.

2. I practice under the following firm name and/or letterhead:

   Holtzman Vogel PLLC
   98 Alexandria Pike, Suite 53
   Warrenton, VA  20186
   Telephone:  (540) 341-8808
   Telecopier:  (540) 341-8809
   Email: jh@holtzmanlaw.net

2. I have been admitted to practice in the following courts:

   Commonwealth of Virginia - Bar number 39589

   District of Columbia - Bar number 459240

   United States Court of Appeals for the 4th Circuit

   United States Court of Appeals for the 9th Circuit

3. I am in good standing in all bars of which I am a member.

CC 1569832v1

4. No disciplinary or grievance proceedings have been previously filed against me.

5. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

6. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

7. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia with the last two (2) years.

I affirm under penalties of perjury in accordance with 28 U.S.C. § 1746 that the foregoing representations are true and correct.

_____
Jill Holtzman Vogel

CC 1569832v1