IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>DCI GROUP, L.L.C.,<br><br>                Defendant. | CV- 06-0327 (JDB) |

## ORDER

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of Jill Holtzman Vogel, it is this \_\_\_\_ day of _____, 2006, hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that Jill Holtzman Vogel is permitted to represent Defendant DCI Group, L.L.C. and to participate in any proceedings in the above-captioned matter.

**SO ORDERED.**

John D. Bates<br>
United States District Judge

CC 1570499v1