IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORPORATION,<br><br>                      Plaintiff,<br><br>v.<br><br>DCI GROUP, L.L.C.,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 06-CV-00327<br>)<br>)<br>)<br>) |

## DECLARATION OF HOWARD SCKOLNIK

The declarant, Howard Sckolnik, states as follows:

1. My name is Howard Sckolnik. I have personal knowledge of all statements contained herein.

2. I am the Chief Financial Office of DCI Group, L.L.C. ("DCI"). I have held this position since May 5, 2003.

3. In my capacity as Chief Financial Officer of DCI, I have access to DCI's financial records, including records of payments due and payments received from individuals and entities to whom DCI provides services.

4. Attached to this declaration as **Exhibit 1** is an accounting record generated by DCI's accounting system. It is a true and accurate copy of a record regularly kept by DCI in the ordinary course of business.

5. Attached to this declaration as **Exhibit 2** is a compilation made from invoices for period ranging from June of 2003 through October of 2005 for the fees for services sent from DCI to Avue Technologies Corporation ("Avue"). This compilation

was made under my direction and supervision and is a true and accurate compilation of those invoices.

6. Attached to this declaration as **Exhibit 3** is a contract between Avue and DCI created in the course of the business relationship between the two entities. This contract is a true and accurate copy of the contact regularly maintained by DCI in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Signature

Executed on March 2, 2006.