| Date: | Thursday, February 16, 2006 | | | | | | | Page: | 1 of 2 |
|---|---|---|---|---|---|---|---|---|---|
| Time: | 02:37PM | | | | | | | Report: | 08620.rpt |
| User: | HSCKOLNIK | | | | | | | Company: | DCIG |

## DCI Group, LLC
### Customer Trial Balance - All Documents
Period: 02-06 As of: 2/16/2006

| Acct-Sub Cust ID Ref Nbr | Name Tran Date | Tran Type | | Entered | Periods Posted | Closed | Description or Project | Doc Amount | Discount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | **DCIG** | | | | | | | | | |
| 11100  00-000-00 | | | | | | | | | | |
| AVE001 | DCIA:Avue Technologies | | | | | | | | | |
| 000661 | 6/30/2003 | IN | | 06-03 | 06-03 | 08-03 | DCIA:Avue Technologies | 40,000.00 | | 0.00 |
| 12216 | 8/22/2003 | PA | Applied | | 08-03 | | DCIA:Avue Technologies | -40,000.00 | | |
| 000918 | 7/31/2003 | IN | | 07-03 | 07-03 | 09-03 | DCIA:Avue Technologies | 20,000.00 | | 0.00 |
| 12276 | 9/9/2003 | PA | Applied | | 09-03 | | DCIA:Avue Technologies | -20,000.00 | | |
| 000997 | 8/31/2003 | IN | | 08-03 | 08-03 | 08-04 | DCIA:Avue Technologies | 20,887.12 | | 0.00 |
| 12353 | 10/9/2003 | PA | Applied | | 10-03 | | DCIA:Avue Technologies | -20,000.00 | | |
| 13091 | 8/30/2004 | PA | Applied | | 08-04 | | DCIA:Avue Technologies | -887.12 | | |
| 001213 | 9/30/2003 | IN | | 09-03 | 09-03 | 08-04 | DCIA:Avue Technologies | 20,093.00 | | 0.00 |
| 12487 | 11/18/2003 | PA | Applied | | 11-03 | | DCIA:Avue Technologies | -20,000.00 | | |
| 13091 | 8/30/2004 | PA | Applied | | 08-04 | | DCIA:Avue Technologies | -93.00 | | |
| 001507 | 10/31/2003 | IN | | 10-03 | 10-03 | 08-04 | DCIA:Avue Technologies | 20,141.00 | | 0.00 |
| 12612 | 1/20/2004 | PA | Applied | | 01-04 | | DCIA:Avue Technologies | -20,000.00 | | |
| 13091 | 8/30/2004 | PA | Applied | | 08-04 | | DCIA:Avue Technologies | -141.00 | | |
| 001719 | 11/21/2003 | IN | | 11-03 | 11-03 | 01-04 | DCIA:Avue Technologies | 20,000.00 | | 0.00 |
| 12612 | 1/20/2004 | PA | Applied | | 01-04 | | DCIA:Avue Technologies | -20,000.00 | | |
| 002101 | 12/31/2003 | IN | | 12-03 | 12-03 | 03-04 | DCIA:Avue Technologies | 40,529.83 | | 0.00 |
| 12691 | 2/9/2004 | PA | Applied | | 02-04 | | DCIA:Avue Technologies | -20,000.00 | | |
| 12691 | 2/9/2004 | RA | Unapplied | | 02-04 | | DCIA:Avue Technologies | 20,000.00 | | |
| 12789 | 3/18/2004 | PA | Applied | | 03-04 | | DCIA:Avue Technologies | -40,529.83 | | |
| 002346 | 1/31/2004 | IN | | 01-04 | 01-04 | 05-04 | DCIA:Avue Technologies | 40,143.38 | | 0.00 |
| 12911 | 5/10/2004 | PA | Applied | | 05-04 | | DCIA:Avue Technologies | -40,143.38 | | |
| 002357 | 1/31/2004 | IN | | 01-04 | 01-04 | 02-04 | DCIA:Avue Technologies | 20,000.00 | | 0.00 |
| 12691 | 2/9/2004 | PA | Applied | | 02-04 | | DCIA:Avue Technologies | -20,000.00 | | |
| 002410 | 2/25/2004 | IN | | 02-04 | 02-04 | 08-04 | DCIA:Avue Technologies | 40,000.00 | | 0.00 |
| 13091 | 8/30/2004 | PA | Applied | | 08-04 | | DCIA:Avue Technologies | -40,000.00 | | |
| 002598 | 3/17/2004 | IN | | 03-04 | 03-04 | 08-04 | DCIA:Avue Technologies | 40,628.74 | | 0.00 |
| 13091 | 8/30/2004 | PA | Applied | | 08-04 | | DCIA:Avue Technologies | -40,628.74 | | |
| 002847 | 4/26/2004 | IN | | 04-04 | 04-04 | 08-04 | DCIA:Avue Technologies | 40,000.00 | | 0.00 |
| 13091 | 8/30/2004 | PA | Applied | | 08-04 | | DCIA:Avue Technologies | -40,000.00 | | |
| 003072 | 5/26/2004 | IN | | 05-04 | 05-04 | 08-04 | DCIA:Avue Technologies | 40,012.00 | | 0.00 |
| 13091 | 8/30/2004 | PA | Applied | | 08-04 | | DCIA:Avue Technologies | -40,012.00 | | |
| 003354 | 6/25/2004 | IN | | 06-04 | 06-04 | 12-04 | DCIA:Avue Technologies | 40,081.20 | | 0.00 |
| 13300 | 12/2/2004 | PA | Applied | | 12-04 | | DCIA:Avue Technologies | -40,081.20 | | |
| 003428 | 7/1/2004 | IN | | 07-04 | 07-04 | 12-04 | DCIA:Avue Technologies | 40,174.61 | | 0.00 |

| Date: | Thursday, February 16, 2006 | | | | | | | | **DCI Group, LLC** | | | Page: | 2 of 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time: | 02:37PM | | | | | | | | **Customer Trial Balance - All Documents** | | | Report: | 08620.rpt |
| User: | HSCKOLNIK | | | | | | | | Period: 02-06 As of: 2/16/2006 | | | Company: | DCIG |

| Acct-Sub Cust ID | Name | Tran | | Periods | | | | |
|---|---|---|---|---|---|---|---|---|
| Ref Nbr | Tran Date | Type | | Entered | Posted | Closed | Description or Project | Doc Amount | Discount | Balance |
| 13300 | 12/2/2004 | PA | Applied | | 12-04 | | DCIA:Avue Technologies | -40,174.61 | | |
| 003600 | 8/1/2004 | IN | | 08-04 | 08-04 | 12-04 | DCIA:Avue Technologies | 40,000.00 | | 0.00 |
| 13300 | 12/2/2004 | PA | Applied | | 12-04 | | DCIA:Avue Technologies | -40,000.00 | | |
| 003801 | 9/1/2004 | IN | | 09-04 | 09-04 | | DCIA:Avue Technologies | 40,000.00 | | 40,000.00 |
| 004033 | 10/1/2004 | IN | | 10-04 | 10-04 | | DCIA:Avue Technologies | 40,000.00 | | 40,000.00 |
| 004290 | 11/1/2004 | IN | | 11-04 | 11-04 | | DCIA:Avue Technologies | 40,501.61 | | 40,501.61 |
| 004521 | 12/1/2004 | IN | | 12-04 | 12-04 | | DCIA:Avue Technologies | 40,523.18 | | 40,523.18 |
| 004812 | 1/11/2005 | IN | | 01-05 | 01-05 | | DCIA:Avue Technologies | 40,610.41 | | 40,610.41 |
| 004959 | 2/2/2005 | IN | | 02-05 | 02-05 | | DCIA:Avue Technologies | 40,435.30 | | 40,435.30 |
| 005141 | 3/1/2005 | IN | | 03-05 | 03-05 | | DCIA:Avue Technologies | 40,597.27 | | 40,597.27 |
| 005375 | 4/1/2005 | IN | | 04-05 | 04-05 | | DCIA:Avue Technologies | 40,057.18 | | 40,057.18 |
| 005624 | 5/1/2005 | IN | | 05-05 | 05-05 | | DCIA:Avue Technologies | 42,305.29 | | 42,305.29 |
| 006046 | 6/1/2005 | IN | | 06-05 | 06-05 | | DCIA:Avue Technologies | 40,134.42 | | 40,134.42 |
| 006091 | 7/1/2005 | IN | | 07-05 | 07-05 | | DCIA:Avue Technologies | 40,014.00 | | 40,014.00 |
| 006297 | 8/1/2005 | IN | | 08-05 | 08-05 | | DCIA:Avue Technologies | 40,000.00 | | 40,000.00 |
| 006746 | 9/15/2005 | IN | | 09-05 | 09-05 | | DCIA:Avue Technologies | 40,322.85 | | 40,322.85 |
| 006747 | 10/1/2005 | IN | | 10-05 | 10-05 | | DCIA:Avue Technologies | 40,000.00 | | 40,000.00 |
| | | | | | | | **Customer Total** | **565,501.51** | **Customer Balance** | **565,501.51** |
| | | | | | | | | | **Account Sub Balance** | **565,501.51** |
| | | | | | | | | | **Company Balance** | **565,501.51** |
| | | | | | | | **Grand Total** | **565,501.51** | **Report Balance** | **565,501.51** |