**Exhibit 2**
**Summary of Consulting Fees and TCS-Sponsorship Charges from DCI Invoices to Avue**

| Invoice Number | Date | Description | Amount |
|---|---|---|---|
| 661 | 6/30/2003 | May Consulting Fee | $20,000 |
| | | June Consulting Fee | $20,000 |
| 918 | 7/31/2003 | July Consulting Fee | $20,000 |
| 997 | 8/31/2003 | August Consulting Fee | $20,000 |
| 1213 | 9/30/2003 | September Consulting Fee | $20,000 |
| 1507 | 10/31/2003 | October Consulting Fee | $20,000 |
| 1719 | 11/21/2003 | November Consulting Fee | $20,000 |
| 2101 | 12/31/2003 | December Consulting Fee | $20,000 |
| | | TechCentralStation Sponsorship | $20,000 |
| 2346 | 1/31/2004 | January Consulting Fee | $20,000 |
| | | TechCentralStation Sponsorship | $20,000 |
| 2357 | 1/31/2004 | Bonus | $20,000 |
| 2410 | 2/25/2004 | February Consulting Fee | $20,000 |
| | | TechCentralStation Sponsorship | $20,000 |
| 2598 | 3/17/2004 | March Consulting Fee | $20,000 |
| | | TechCentralStation Sponsorship | $20,000 |
| 2847 | 4/26/2004 | April Consulting Fee | $20,000 |
| | | TechCentralStation Sponsorship | $20,000 |
| 3072 | 5/26/2004 | May Consulting Fee | $20,000 |
| | | TechCentralStation Sponsorship | $20,000 |
| 3354 | 6/25/2004 | June Consulting Fee | $30,000 |
| | | TechCentralStation Sponsorship | $10,000 |
| 3428 | 7/1/2004 | July Consulting Fee | $30,000 |
| | | TechCentralStation Sponsorship | $10,000 |
| 3600 | 8/1/2004 | August Consulting Fee | $30,000 |
| | | TechCentralStation Sponsorship | $10,000 |
| 3801 | 9/1/2004 | September Consulting Fee | $30,000 |
| | | TechCentralStation Sponsorship | $10,000 |
| 4033 | 10/1/2004 | October Consulting Fee | $30,000 |
| | | TechCentralStation Sponsorship | $10,000 |
| 4290 | 11/1/2004 | November Consulting Fee | $30,000 |
| | | TechCentralStation Sponsorship | $10,000 |
| 4521 | 12/1/2004 | December Consulting Fee | $30,000 |
| | | TechCentralStation Sponsorship | $10,000 |
| 4812 | 1/11/2005 | January Consulting Fee | $40,000 |
| 4959 | 2/2/2005 | February Consulting Fee | $40,000 |
| 5141 | 3/1/2005 | March Consulting Fee | $40,000 |
| 5375 | 4/1/2005 | April Consulting Fee | $40,000 |
| 5624 | 5/1/2005 | May Consulting Fee | $40,000 |
| 6046 | 6/1/2005 | June Consulting Fee | $40,000 |
| 6091 | 7/1/2005 | July Consulting Fee | $40,000 |
| 6297 | 8/1/2005 | August Consulting Fee | $40,000 |
| 6746 | 9/15/2005 | September Consulting Fee | $40,000 |
| 6747 | 10/1/2005 | October Consulting Fee | $40,000 |