IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORPORATION, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) Civil No. 06-0327 <br> DCI GROUP, L.L.C., ) <br>  ) <br> Defendant. ) <br>  ) | |

## STATEMENT OF MATERIAL UNCONTROVERTED FACTS

1. On March 9, 2004, Avue and DCI executed the Consulting Agreement ("Agreement"). The Agreement has an effective date of December 1, 2003. Sckolnik Decl, Ex. 3, Page 4.

2. Pursuant to Section 1 of the Agreement, "Consultant will assist and advise Client with respect to agreed-upon legislative and administrative initiatives." Sckolnik Decl., Ex. 3, Section 1.

3. In Section 8(b) of the Agreement, the parties agreed that Arizona law shall control all issues regarding construction and enforcement of the Agreement. Sckolnik Decl., Ex. 3, Section 8(b).

4. Section 8(c) of the Agreement states: "Any claim, dispute, controversy or other matter with regard to this Agreement shall exclusively be subject to final and binding arbitration in accordance with the Commercial Arbitration rules and regulations of the American Arbitration Association…." Sckolnik Decl., Ex. 3, Section 8(c).

5.      On or about December, 2003, Avue agreed that DCI would provide Tech Central Station ("TCS") services. *See* Pl's Motion, ¶ 9.

6.      Beginning in December 2003, DCI invoiced Avue for TCS and other services. Sckolnik Decl., Ex. 2.

7.      Avue paid DCI's December, 2003 through August 2004 invoices. Sckolnik Decl., Ex. 1.

8.      Beginning with DCI's invoice for September 2004 services, Avue has failed to pay DCI in accordance with DCI's invoices. Sckolnik Decl. Ex. 1.

Dated March 2, 2006.

        Respectfully submitted,

        LATHROP & GAGE L.C.


By:   /s/
    Robert L. Gulley, D.C. #394061
    Franklin Square, Suite 1050 E
    1300 Eye Street, NW
    Washington, DC 20005
    Telephone: (202) 962-0210
    Telecopier: (202) 962-0357
    rgulley@lathropgage.com


    Richard N. Bien
    Adam B. Walker, D.C. #474029
    LATHROP & GAGE L.C.
    2345 Grand Blvd., Suite 2800
    Kansas City, MO 64108-2684
    Telephone: (816) 292-2000
    Telecopier: (816) 292-2001
    rbien@lathropgage.com
    awalker@lathropgage.com


    Jill Holtzman Vogel, D.C. #459240

CC 1570764v1

HOLTZMANVOGEL PLLC
98 Alexandria Pike, Suite 53
Warrenton, VA  20186
Telephone:  (540) 341-8808

ATTORNEYS FOR DEFENDANT
DCI GROUP, L.L.C.

CC 1570764v1