# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORPORATION,<br><br>    **Plaintiff,**<br><br>**v.**<br><br>DCI GROUP, L.L.C.,<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   **Civil No. 06-0327 (JDB)**<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Pending before this Court is Plaintiff's Motion to Stay Arbitration. The Court having reviewed said Motion and Defendant's Memorandum in Opposition thereto and the arguments of counsel,

**IT IS ORDERED** that the Plaintiff's Motion for Stay of Arbitration is **DENIED**; and that this case is **DISMISSED**.

Dated this _____ day of _____ 2006.


            _____
               John D. Bates
           United States District Judge