UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AVUE TECHNOLOGIES CORP., | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil No. 06-0327 (JDB) |
| DCI GROUP, L.L.C., | ) ) ) ) | |
| Respondent. | ) ) | |

**PETITIONER'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY MEMORANDUM**

Petitioner Avue Technologies Corp. ("Avue") hereby moves for an extension of time until March 24, 2006 to file its reply memorandum that will address the arguments raised by Respondent DCI Group, L.L.C. ("DCI") in its Memorandum of Law in Opposition to Motion to Stay Discovery. DCI has advised Avue that it does not oppose this request for an extension of time.

This proceeding was commenced by Avue on February 1, 2006 in the District of Columbia Superior Court as a Motion to Stay Arbitration Proceedings pursuant to D.C. Code Ann. § 16-4302 and SCR-Civ. 70-1. DCI, the respondent in that proceeding, removed the matter to this Court on February 24, 2006. Thereafter, on March 2, 2006, DCI filed a Memorandum of Law in Opposition to Motion to Stay Arbitration, which was accompanied by an affidavit and various exhibits.

The procedural posture of this matter is somewhat different than a typical dispositive motion, and it is therefore a bit unclear whether Petitioner's time to respond to Respondent's Memorandum of Law is established by Local Rule 7(d). Nevertheless, so that there is no doubt regarding the appropriate time period for response and to ensure that Petitioner has sufficient time to respond to Respondent's Memorandum, Petitioner asks the Court to set March 24 as the date for Petitioner to file its response. As noted above, Respondent has consented to this timeline for Petitioner's filing.

A form of Order is attached hereto.

Respectfully submitted,

_____/s/_____
Andrew H. Marks, D.C. Bar #932269
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 624-2920

Counsel for Petitioner
Avue Technologies Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORP., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>DCI GROUP, L.L.C., )<br>)<br>Respondent. )<br>) | Civil No. 06-0327 (JDB) |

## PROPOSED ORDER

Upon consideration of Petitioner's Unopposed Motion for Extension of Time to File Reply Memorandum, it is, this ____ day of March, hereby

ORDERED, that Petitioner's Motion be, and the same hereby is GRANTED; and it is further,

ORDERED, that Petitioner shall file its Reply Memorandum on or before March 24, 2006.

                                                                                  Hon. John D. Bates
                                                                                   United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2006, a true and correct copy of Petitioner's Unopposed Motion for Extension of Time to File Reply Memorandum was served via the Court's Electronic Case Filing/Case Management System on the following counsel of record in this matter:

>Robert L. Gulley, D.C. Bar #394061
>Lathrop & Gage L.C.
>Franklin Square, Suite 1050 East
>1300 Eye Street, N.W.
>Washington, DC  20005

/s/
Andrew H. Marks