UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AVUE TECHNOLOGIES CORP., <br><br> Petitioner, <br><br> v. <br><br> DCI GROUP, L.L.C., <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 06-0327 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

As a member in good standing of the bar of this Court, I hereby respectfully move, pursuant to LCvR 83.2(d), for leave for Peter J. Eyre of Crowell & Moring LLP to appear *pro hac vice* as co-counsel for Petitioner Avue Technologies Corporation in this matter. The accompanying declaration of Peter J. Eyre is filed in support of this Motion.

Respectfully submitted,

/s/
Andrew H. Marks, D.C. Bar #932269
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 624-2920

Counsel for Petitioner
Avue Technologies Corp.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVUE TECHNOLOGIES CORP., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 06-0327 (JDB) |
| ) | |
| DCI GROUP, L.L.C., ) | |
| ) | |
| Respondent. ) | |

## ORDER

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of Peter J. Eyre, it is this ____ day of _____, 2006, hereby

**ORDERED**, that the motion is GRANTED; and it is further

**ORDERED**, that Peter J. Eyre is permitted to represent Plaintiff Avue Technologies Corporation and to participate in any proceedings in the above-captioned matter.

_____
Hon. John D. Bates
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March 2006, a true and correct copy of Motion for Admission *Pro Hac Vice* and Declaration in Support of Motion for Leave to Appear *Pro Hac Vice*, were served via the Court's Electronic Case Filing/Case Management System on the following counsel of record in this matter:

> Robert L. Gulley, D.C. Bar #394061
> Lathrop & Gage L.C.
> Franklin Square, Suite 1050 East
> 1300 Eye Street, N.W.
> Washington, D.C.  20005
>
> Attorney for Respondent

_____/s/_____
Andrew H. Marks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AVUE TECHNOLOGIES CORP., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>DCI GROUP, L.L.C., )<br>)<br>Respondent. )<br>) | Civil No. 06-0327 (JDB) |

**DECLARATION IN SUPPORT OF
MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(d), I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is: Peter Jacobs Eyre.

2. I practice under the following firm name and/or letterhead:

   Crowell & Moring LLP
   1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2595
   Telephone: (202) 624-2500
   Facsimile: (202) 628-5116
   Email: peyre@crowell.com

3. I have been admitted to practice in the following courts: Commonwealth of Massachusetts (Bar Number is pending).

4. I am in good standing in the Massachusetts Bar.

5. No disciplinary or grievance proceedings have been previously filed against me.

6. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

7. I have not been charged in any court of the United States or of any state, territory, or possession of the United States with the commission of a felony or unprofessional conduct.

8. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two (2) years.

9. My application for admission to the District of Columbia Bar is currently pending.

I affirm under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing representations are true and correct.

_____
Peter J. Eyre