UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AVUE TECHNOLOGIES CORP.,**<br><br>Movant,<br><br>v.<br><br>**DCI Group, L.L.C.,**<br><br>Respondent. | Civil Action No. 06-327 (JDB) |

## ORDER

Upon consideration of Avue's motion to stay arbitration of the claims relating to the TCS Agreement, the memoranda of the parties, applicable law, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this twenty-eighth day of April, 2006, hereby

**ORDERED** that the motion is **DENIED**; and it is further

**ORDERED** that this action is **DISMISSED.**

/s/     John D. Bates
JOHN D. BATES
United States District Judge

*Copies to*:

Andrew H. Marks
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2920
Fax: (202) 6285116
Email: amarks@crowell.com

Peter Jacobs Eyre
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
US
(202) 624-2500
Fax: (202) 628-5116

    *Counsel for movant Avue Technologies, Inc.*

Robert Lee Gulley
LATHROP & GAGE
1300 I Street, NW
Suite 1050 East
Washington, DC 20005
(202) 962-0210
Email: rgulley@lathropgage.com

Jill Holtzman Vogel
HOLTZMAN VOGEL PLLC
98 Alexandria Pike
Suite 53
Warrenton, VA 20186
(540) 341-8808
Fax: (540) 341-8809

Richard Nelson Bien
LATHROP & GAGE L.C.
2345 Grand Boulevard
Suite 2500
Kansas City, MO 64108
(816) 292-2000
Fax: (816) 292-2001

    *Counsel for respondent DCI Group, LLC*